UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

CASE NO.

SUN INDUSTRIES, LLC

    Plaintiff,

v.

UTILITIES ONE, INC.

    Defendant.

_____/

## COMPLAINT

Plaintiff, SUN INDUSTRIES, LLC (hereinafter "Plaintiff"), by and through the undersigned counsel, hereby files this Complaint against Defendant, UTILITIES ONE, INC. (hereinafter "Defendant" or "UO"). In support thereof, Plaintiff states as follows:

## INTRODUCTION

1. This is an action to recover monetary damages in connection with Defendant's breach of its payment obligations under a Contractor Agreement between the Parties.

2. On or about January 25, 2021, the Parties entered into a Contractor Agreement whereby the Plaintiff agreed to provide construction services across the state of Florida, including in Miami-Dade County, in support of Defendant's construction project on behalf of Florida Power and Light ("FPL"). A copy of the Contractor Agreement ("Agreement") is marked as Exhibit "A".

3. Thereafter, Plaintiff performed considerable construction related services in accordance with the Agreement.

4. Plaintiff timely submitted its invoices to Defendant under Section 7 of the Agreement. Nonetheless, Defendant breached its payment obligations to Plaintiff under Section 7 of the Agreement and presently owes Defendant approximately $426,853.04, excluding prejudgment interest and attorneys' fees and costs.

5. Defendant has since provided various excuses for the untimely payment or lack of payment, but continues to remain in breach of its contractual payment obligations. The Defendant, through its counsel, has not responded to Plaintiff's inquiries as to whether a bond was procured that may provide protection to Plaintiff in connection with the lack of payment sued upon herein.

6. Upon information and belief, the Defendant has billed FPL and received money from FPL as a result of Plaintiff's services.

## PARTIES & VENUE

7. Plaintiff is a Louisiana Limited Liability Company

8. Defendant is an Illinois Corporation.

9. The Agreement provided as follows as it relates to the venue and jurisdiction in the event of any dispute arising from the Agreement:

> **B. Venue and Jurisdiction**
> In the event any dispute arises out of the terms of this Agreement, including its validity, interpretation or construction, or any dispute arises out of or relates to the relationship between Company and Contractor; such dispute shall be governed by and construed in accordance with the substantive laws of the State in which the project is performed. Jurisdiction for resolution of any said disputes shall be solely in the Courts of the State in which the project is performed having competent jurisdiction.

10. All services performed by the Plaintiff arising from the Agreement took place in the State of Florida. The Plaintiff's services performed under the Agreement occurred throughout

Florida, including at various locations within this District including at or around the following addresses: (a) 3617 SW 62nd Ave, Miramar, Florida, and (b) NW 138th Street, Miami-Dade.

11. This Court has jurisdiction over this matter under 28 U.S. Section 1332. The Parties are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

12. All conditions precedent to this matter have been performed or waived.

## COUNT I- BREACH OF CONTRACT

13. Plaintiff restates allegations 1-12 as if stated herein.

14. The Parties entered into the Agreement on or about January 25, 2021.

15. The Plaintiff performed under the Agreement and submitted its invoices to Defendant timely and in accordance with the Agreement.

16. The Defendant breached the Agreement by failing to timely and properly pay Plaintiff under the Agreement.

17. At the time of filing this action, the Plaintiff is owed approximately $426,853.04, exclusive of interest, attorneys' fees and costs, and the Defendant is in breach of said amount.

Wherefore, Plaintiff, demands: (1) a judgment against Defendant for an amount of at least $426,853.04, in addition to consequential damages, interest, attorneys' fees, and costs pursuant to Section 16 (a) of the Agreement.

## COUNT II: UNJUST ENRICHMENT
### (in the alternative)

18. Plaintiff restates allegations 1-12 as if stated herein.

19. In or around February 2021, the Plaintiff commenced performing services for the use and benefit on behalf of Defendant in connection with Defendant's project for FPL.

20. The Plaintiff performed under the Agreement and incurred considerable labor costs, expenses, and lost opportunity costs associated with performing the services for the use and benefit of Defendant.

21. The Defendant accepted and retained the benefits of Plaintiff's services. In fact, upon information belief, the Defendant billed FPL for Plaintiff's services. Upon information and belief, Defendant was paid money by FPL in response to Defendant's submission of Plaintiff's invoices to FPL.

22. Under the circumstances, it would be inequitable for Defendant to retain the benefit of value of Plaintiff's services without paying the full value thereof to Plaintiff. Defendant should be required to pay Plaintiff for the full value of the product and services provided by Plaintiff to Defendant's benefit.

WHEREFORE, Plaintiff, demands a judgment against Defendant in the amount to be proven at trial plus prejudgment interest, and the amount of the attorney's fees and costs expended by the Plaintiff in bringing suit pursuant Section 16 (a) of the Agreement.

Dated:   August 2, 2021

        COLE, SCOTT & KISSANE, P.A.
        Counsel for *Plaintiff*
        Cole, Scott & Kissane Building
        9150 South Dadeland Boulevard, Suite 1400
        P.O. Box 569015
        Miami, Florida 33256
        Telephone (786) 268-6415
        Facsimile (305) 373-2294
        Primary e-mail: cody.german@csklegal.com
        Secondary e-mail: ryan.weiss@csklegal.com
        Alternate e-mail: alec.shelowitz@csklegal.com
        Alternate e-mail: anthony.lopez@csklegal.com
        Alternate e-mail:  lisa.butts@csklegal.com

By:   s/ *John Cody German*
        JOHN CODY GERMAN
        Florida Bar No.:  58654
        RYAN B. WEISS
        Florida Bar No.:  114479
        ALEC R. SHELOWITZ
        Florida Bar No.:  1010127
        ANTHONY LOPEZ
        Florida Bar No.: 123875